KEVIN D. RISING (SBN 211663)
krising@btlaw.com
**BARNES & THORNBURG LLP**
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone:  310-284-3880
Facsimile:   310-284-3894

Attorneys for Defendant Dawn Food Products, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

| | |
|---|---|
| F B T INC.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>AESA LOGISTICS CORP. and DAWN FOOD PRODUCTS, INC., and DOES 1-5, inclusive,<br><br>                    Defendants. | Case No.: 1:12-CV-01734-AWI-MJS<br><br>[Complaint Filed October 24, 2012]<br><br>[Assigned for all Purposes to the Honorable R. Michael J. Seng]<br><br>**STIPULATION TO SET ASIDE DEFAULT AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between plaintiff FBT, Inc. ("Plaintiff") and defendant

1

1  Dawn Food Products, Inc. ("Defendant" or "Dawn"), by and through their attorneys of record, that
2  Plaintiff's Application for Entry of Default against Defendant [Dkt. No. 9][1] is hereby set aside, and the
3  resulting Clerk's Entry of Default against Aesa Logistics Corp. and Dawn Food Products, Inc. [Dkt.
4  No. 10] is hereby set aside with respect to Dawn only.

5       This stipulation is based on the following facts constituting good cause: (a) Defendant did not
6  engage in culpable conduct by not answering the underlying complaint (the "Complaint"); (b)
7  Defendant represents that it can and will avail itself of meritorious defenses against the claims asserted
8  against it in this case; and (c) Plaintiff will not be prejudiced if Defendant is allowed to respond to the
9  Complaint.

10       IT IS FURTHER STIPULATED that Defendant will file a response to the complaint within 20
11  days of Entry of the Default being set aside.

12       IT IS SO STIPULATED.

14  Dated:   March 11th, 2013                    NEMECEK & COLE, P.C.

16                                                     By: /s/ Gregg S. Garfinkel_____

17                                                     GREGG S. GARFINKEL
                                                   Attorneys for FBT, Inc.

18  Dated:   March 11th, 2013                    BARNES & THORNBURG LLP

21                                                     By: /s/ Kevin D. Rising_____

22                                                     KEVIN D. RISING
                                                   Attorneys for Dawn Food Products, Inc.

## ORDER

26       As the parties have so stipulated, Plaintiff's Application for Entry of Default against Defendant

---

[1] This application was incorrectly filed as Plaintiff's application for entry of default against co-defendant Aesa Logistics Corporation [Dkt. No. 8].

[Dkt. No. 9] is set aside, and the Clerk's Entry of Default against Aesa Logistics Corp. and Dawn Food Products, Inc. [Dkt. No. 10] is hereby set aside with respect to Dawn Food Products, Inc. only.

**IT IS FURTHER ORDERED** that Defendant Dawn Food Products, Inc. shall file an Answer within twenty (20) days of the date of this Order.

IT IS SO ORDERED.

Dated:   March 18, 2013           /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE