KEVIN D. RISING (SBN 211663)
krising@btlaw.com
**BARNES & THORNBURG LLP**
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone: 310-284-3880
Facsimile: 310-284-3894

Attorneys for Defendant Dawn Food Products, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### BAKERSFIELD DIVISION

| | |
|---|---|
| F B T INC., <br><br> Plaintiffs, <br><br> v. <br><br> AESA LOGISTICS CORP. and DAWN FOOD PRODUCTS, INC., and DOES 1-5, inclusive, <br><br> Defendants. | Case No.: 1:12-CV-01734-AWI-MJS <br><br> [Complaint Filed October 24, 2012] <br><br> [Assigned for all Purposes to the Honorable R. Michael J. Seng] <br><br> **STIPULATION TO SET ASIDE DEFAULT AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between plaintiff FBT, Inc. ("Plaintiff") and defendant

1

Dawn Food Products, Inc. ("Defendant" or "Dawn"), by and through their attorneys of record, that Plaintiff's Application for Entry of Default against Defendant [Dkt. No. 9][1] is hereby set aside, and the resulting Clerk's Entry of Default against Aesa Logistics Corp. and Dawn Food Products, Inc. [Dkt. No. 10] is hereby set aside with respect to Dawn only.

This stipulation is based on the following facts constituting good cause: (a) Defendant did not engage in culpable conduct by not answering the underlying complaint (the "Complaint"); (b) Defendant represents that it can and will avail itself of meritorious defenses against the claims asserted against it in this case; and (c) Plaintiff will not be prejudiced if Defendant is allowed to respond to the Complaint.

IT IS FURTHER STIPULATED that Defendant will file a response to the complaint within 20 days of Entry of the Default being set aside.

IT IS SO STIPULATED.

Dated:  March 11th, 2013					NEMECEK & COLE, P.C.


								By: /s/ Gregg S. Garfinkel_____

								GREGG S. GARFINKEL
								Attorneys for FBT, Inc.

Dated:  March 11th , 2013					BARNES & THORNBURG LLP


								By: /s/ Kevin D. Rising_____

								KEVIN D. RISING
								Attorneys for Dawn Food Products, Inc.


## ORDER

As the parties have so stipulated, Plaintiff's Application for Entry of Default against Defendant

---

[1] This application was incorrectly filed as Plaintiff's application for entry of default against co-defendant Aesa Logistics Corporation [Dkt. No. 8].

[Dkt. No. 9] is set aside, and the Clerk's Entry of Default against Aesa Logistics Corp. and Dawn Food Products, Inc. [Dkt. No. 10] is hereby set aside with respect to Dawn Food Products, Inc. only.

**IT IS FURTHER ORDERED** that Defendant Dawn Food Products, Inc. shall file an Answer within twenty (20) days of the date of this Order.

IT IS SO ORDERED.

Dated:   March 18, 2013              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE