KEVIN D. RISING (SBN 211663)
krising@btlaw.com
**BARNES & THORNBURG LLP**
2049 Century Park East, Suite 3550
Los Angeles, CA 90067
Telephone:   310-284-3880
Facsimile:   310-284-3894

Attorneys for Defendant Dawn Food Products, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

| | |
|---|---|
| F B T INC., | Case No. 1:12-CV-01734-AWI-MJS |
| Plaintiffs, | [Complaint Filed October 24, 2012] |
| v. | [Assigned for all Purposes to the Honorable Michael J. Seng] |
| AESA LOGISTICS CORP. and DAWN FOOD PRODUCTS, INC., and DOES 1-5, inclusive | |
| | **STIPULATION TO EXTEND TIME FOR DAWN FOOD PRODUCTS, INC. TO RESPOND TO COMPLAINT; AND ORDER THEREON** |
| Defendants. | |

TO THE HONORABLE JUDGE MICHAEL J. SENG, UNITED STATES MAGISTRATE JUDGE:

IT IS HEREBY STIPULATED by and between plaintiff FBT, Inc. ("Plaintiff") and defendant Dawn Food Products, Inc. ("Defendant" or "Dawn"), by and through their attorneys of record, as follows:

1.   On October 24, 2012, Plaintiff filed a complaint initiating the above-captioned case (the "Complaint") and named Dawn as one of the defendants in this

action.  Plaintiff subsequently applied for entry of default against Dawn on November 29, 2012 [Dkt. No. 9], which resulted in the Clerk's Entry of Default against Dawn and the other defendant in this case, Aesa Logistics Corp. [Dkt. No. 10].

  2. Dawn and FBT entered into a stipulation to set aside this Entry of Default, which was filed with the Court on March 11, 2013, along with a proposed order thereon [Dkt. No. 15].  This Court entered the order approving the setting aside of the Entry of Default on March 18, 2013, which order also directed Dawn to respond to the Complaint no later than twenty (20) days from the date of entry of the order.   [Dkt. No. 18].  The first business day after the lapse of this time period is April 8, 2013.

  3. On April 3, 2013, it was agreed between Plaintiff and Dawn, by and through their counsel, that Dawn should have up to and including April 22, 2013 to file its response to the Complaint.  Plaintiff and Defendant have entered into settlement discussions in good faith to resolve their issues.  The additional time to answer will allow the parties to continue their discussions toward resolution.

  4. Plaintiff and Defendant respectfully request that the Court issue an order allowing Defendant an extension to respond to the Complaint up to and including April 22, 2013.

  IT IS SO STIPULATED.

Dated:  April 4, 2013     NEMECEK & COLE, P.C.

           By: /s/ Gregg S. Garfinkel
            GREGG S. GARFINKEL
            Attorneys for FBT, Inc.

Dated:  April 4, 2013     BARNES & THORNBURG LLP

           By:  /s/ Kevin D. Rising
            KEVIN D. RISING
            Attorneys for Dawn Food Products, Inc.

# ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT, as the parties have so stipulated, Defendant's deadline to respond to the Complaint is extended up to and including April 22, 2013.

Dated: 4/4/2013            /s/ MICHAEL J. SENG
                           MICHAEL J. SENG
                           UNITED STATES DISTRICT COURT JUDGE